IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DAVID ELIJAH BOWERS, JR,

                    Petitioner,                  ORDER

   v.

                                                  10-cv-396-bbc

BYRAN BARTON,

                    Respondent.

---

      In an order entered in this case on July 15, 2010, I told petitioner that before the court could take any action on his petition for a writ of habeas corpus he would have to submit an application to proceed *in forma pauperis* along with a trust fund account statement covering the six-month period preceding the filing of his petition so that I could determine whether petitioner is eligible to proceed without prepaying the filing fee. Having considered petitioner's affidavit of indigency and six-month trust account statement, I find that he is unable to prepay the fees of commencing this action or to post security therefor, pursuant to 28 U.S.C. § 1915(a)(1). Accordingly, petitioner's request for leave to proceed *in forma pauperis* is granted.

      Entered this 6th day of August, 2010.

                                        BY THE COURT:

                                        /s/

                                        STEPHEN L. CROCKER
                                        Magistrate Judge