IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DAVID ELIJAH BOWERS, JR.,

    Petitioner,

v.

BYRAN BARTON,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-396-bbc

---

    This action came for consideration before the court with District Judge Barbara Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing petitioner David Elijah Bower Jr.'s petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 for his failure to fairly present his claim in the Wisconsin courts.

By: *[signature]* Lynn Kaeule, Deputy Clerk      12-14-2010

Peter Oppeneer, Clerk of Court      Date